IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELAINE JOHNSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GARDEN STATE CUSTOMER WINDOWS, LLC d/b/a RENEWAL BY ANDERSEN,<br><br>Defendant. | Civil Action No.: 18-cv-11650<br><br><br><br>**STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and that the Court retains jurisdiction over this action for the purposes of enforcement of the parties' settlement agreement.

A copy of the signatures on this Stipulation serve the same purposes as an original signature.

**THE GLAPION LAW FIRM, LLC**

By: *Jeremy Glapion*
Jeremy M. Glapion, Esq.
1704 Maxwell Drive
Wall, NJ 07719
Tel: (732) 455.9737

*Attorneys for Plaintiff*

Dated: October 3, 2018

**OLSHAN FROME WOLOSKY LLP**

By: *Scott Shaffer*
Scott Shaffer, Esq.
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019
Tel: (212) 451-2300

*Attorneys for Defendant*

Dated: SEPT. 29, 2018

SO ORDERED: _____
DATED: 10/4/18

4748218-1